PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Office of General Counsel
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN WATERCASTER,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br> Commissioner of Social Security,<br><br>  Defendant. | No. 2:24-cv-00127-DB<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 5, 2024 to September 4, 2024.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

  Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

response.  Counsel has multiple merit briefs currently due in district court cases within the next week.  Counsel for Defendant has also recently been dealing with a pinched nerve in the neck that has resulted in nerve pain in the left hand, upper extremity and neck that has limited his productivity.   Counsel will also be out of the office July 25, 2024 through July 29, 2024 and August 1, 2024 through August 5, 2024.  Given competing workload requirements an extension until September 4, 2024 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.  The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: July 23, 2024          By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DISABILITY ADVOCATES GROUP

DATE: July 23, 2024          By:   *s/ Michelle J. Shvarts *
Michelle J. Shvarts
DISABILITY ADVOCATES GROUP

(*as authorized by email)
Attorney for Plaintiff

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 4, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: July 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
wate24cv127.stip.eot